UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY MILITARY HOUSING, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TYRRELL A. MORRIS, et al.,<br><br>        Defendants. | Case No. 14-cv-03807-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE TO STATE COURT**<br><br>[Re: ECF 5] |

This is an unlawful detainer action that *pro se* defendants Tyrell A. Morris and Katrina M. Kellerman have removed to federal court from Monterey County Superior Court. Before the Court is Magistrate Judge Howard R. Lloyd's August 29, 2014 Report and Recommendation that the case be remanded for lack of subject matter jurisdiction. (ECF 5) The time for objecting to the Report and Recommendation has elapsed, and no objections were filed. Fed. R. Civ. P. 72(b)(2).

Having read and considered the Report and Recommendation, as well as the record on its face, the Court finds Judge Lloyd's Report and Recommendation to be correct, well-reasoned, and well-founded in fact and in law. Accordingly, the Court adopts Judge Lloyd's Report and Recommendation in its entirety.

This action is hereby remanded to the Superior Court of California for the County of Monterey. The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: September 17, 2014

                                                      BETH LABSON FREEMAN<br>
                                                      United States District Judge

United States District Court<br>Northern District of California